USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
  GITEL BINIK,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :      19-cv-11657 (VEC)
                 -against-                                  :
                                                            :          ORDER
                                                            :
                                                            :
  EQUIFAX INFORMATION SERVICES,                             :
  LLC, EXPERIAN INFORMATION                                 :
  SOLUTIONS, INC., AMERICAN EXPRESS                         :
  CO., and CITIBANK, N.A.,                                  :
                              Defendants.                   :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 20, 2019 Plaintiff commenced this action (Dkt. 1);

  WHEREAS on January 29, 2020 Plaintiff voluntarily dismissed her claims against Defendant CitiBank N.A. (Dkt. 14);

  WHEREAS on January 30, 2020 Plaintiff and Defendant Equifax Information Services LLC settled their dispute (Dkt. 17);

  WHEREAS on February 6, 2020 Plaintiff and Defendant American Express agreed to arbitrate their dispute (Dkt. 20);

  WHEREAS on July 9, 2020 Plaintiff and Defendant Experian Information Solutions, Inc. settled their dispute (Dkt. 31);

  IT IS HEREBY ORDERED THAT: This case is STAYED pending arbitration between Plaintiff and American Express. The parties are required to submit joint quarterly updates on the status of arbitration. The first status update is due by **August 3, 2020.**

**SO ORDERED.**

Date:  July 10, 2020
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**

2